Opinion filed August 31,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00168-CR

                                                    __________

 

                                 SHAWN
RAY BLOUNT, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 161st District Court

                                                             Ector
County, Texas

                                                   Trial
Court Cause No. B-36,942

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Shawn
Ray Blount has filed in this court a motion to withdraw his notice of appeal
and dismiss his appeal.  Pursuant to Tex.
R. App. P. 42.2, the motion is signed by both appellant and his counsel.

The
motion is granted.  Appellant’s notice of appeal is withdrawn, and the appeal
is dismissed.

 

August 31, 2011                                                                                 PER
CURIAM                       

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.